**Order entered January 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01521-CV

**AETNA LIFE INSURANCE COMPANY AND AETNA HEALTH INC., Appellants**

**V.**

**KINDRED HOSPITALS LIMITED PARTNERSHIP D/B/A KINDRED HOSPITAL HOUSTON MEDICAL CENTER; THC HOUSTON, INC. D/B/A KINDRED HOSPITAL, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13831**

## ORDER

Before the Court is appellants' January 10, 2019 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief due **February 5, 2019**.

/s/      KEN MOLBERG
              JUSTICE